IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DEBORA ANN GAY,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO., et al.,<br><br>    Defendants. | § § § § § § § § § § § § | Case No. 6:23-cv-139-JDK |

### ORDER OF DISMISSAL

Before the Court is the parties' joint motion to dismiss with prejudice (Docket No. 25). The Court **GRANTS** the motion. Pursuant to the parties' request and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **7th** day of **March, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE